01-15-00979-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/23/2015 9:27:50 AM
CHRISTOPHER A. PRINE
Clerk

November 10, 2015

DAUCIE SCHINDLER
ATTORNEY OF RECORD
1201 FRANKLIN ST., 13TH FLOOR
HOUSTON, TEXAS 77002

Defendant's Name: MILTON ROLANDO PAZ

Cause No: 1296569

Court: 351ST DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 11/02/2015
**Sentence Imposed Date:** 10/29/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** DAUCIE SCHINDLER
Pauper's Oath 11/03/2015

Sincerely,

/s/ N. Salinas
*Criminal Post Trial Deputy*

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

GINA BENCH (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1296569

THE STATE OF TEXAS

v.

Milton Paz

Harris County, Texas

NOTICE OF APPEAL

13/985 lbs

22/999,998

FILED
Time: NOV 02 2015
By _____
Chris Daniel
District Clerk
Harris County, Texas
Deputy

TO THE HONORABLE JUDGE OF SAID COURT:

On _____10-29-15_____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.
☑ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

_____10-29-15_____
Date

_____Milton Paz_____
Defendant (Printed name)

_____
Attorney (Signature)

_____Jimmy Ortiz_____
Attorney (Printed name)

_____24003888_____
State Bar Number

_____1924 Portsmouth_____
Address

_____713-759-1800_____
Telephone Number

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

(X) _____
Defendant (Signature)

_____Milton Paz_____
Defendant's Printed name

SWORN TO AND SUBSCRIBED BEFORE ME ON _____NOV 02 2015_____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___NOV 0 2 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☐ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☒ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☒ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

☒ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

☒ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☒ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: ___11-2-15___

NOV 02 2015

JUDGE PRESIDING,
35 1ˢᵗ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1296569

THE STATE OF TEXAS

v.

Milton Paz, Defendant

IN THE 351st DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒   is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐   is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐   is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐   is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐   the defendant has waived the right of appeal.

Judge _____

Date Signed   NOV 0 2 2015

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

x _____
Defendant

_____ Jimmy Ortiz
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

FILED
Chris Daniel
District Clerk
NOV 0 2 2015
Time: _____
By _____
Harris County, Texas
Deputy

State Bar of Texas ID number: 24003888

Mailing Address: 1924 Portsmouth

Telephone number: 713-759-1800

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: *1296569*

THE STATE OF TEXAS

VS.

*Paz, Milton*

OFFENSE: *Capital Murder*

*351st* DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _*Milton Paz*_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_____*Custody*_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this_____day of *NOV 03 2015* A.D., 20 *15*.

FILED
Chris Daniel
District Clerk

NOV 03 2015

Time:_____
Harris County, Texas

By_____
Deputy

_____
DEPUTY DISTRICT CLERK
*351* DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _____ *NOV 03 2015* _____ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that *HCPDO / Daucie Schindler* is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
*351* DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _*Daucie Schindler*_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

*1201 Franklin St.*
ADDRESS

*713 274 6717*
PHONE

*daucie.schindler@pdo.hctx.net*
EMAIL ADDRESS

*24013495 / 01759528*
BAR/SPN NUMBER

*Houston  TX  77002*
CITY    STATE    ZIP

*713-368-9278*
FAX NUMBER

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ *NOV 03 2015* _____

_____
DEPUTY DISTRICT CLERK (SIGNATURE)

DISTRICT CLERK

# APPEAL CARD

Court __351__  Due: 12-28-15  __1st__

Cause No. __1296569__

### The State of Texas
### Vs

__PAZ, MILTON ROLANDO__

**Date Notice Of Appeal:** 10-29-15  NOV 0 2 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** LESLIE YATES

**Court Reporter** GINA BENCH  02799937

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** ALLEN TANNER / JIMMY ORTIZ

**Attorney on Appeal** TO BE DETERMINED

Appointed __✓__ Hired_____

**Offense** CAPITAL

**Jury Trial** Yes __✓__ No_____

**Punishment Assessed** LIFE TDC WITHOUT PAROLE

**Companion Cases (If Known)**_____

**Amount of Appeal Bond** ∅

**Appellant Confined:** Yes __✓__ No_____

11-10-15

**Date Submitted To Appeal Section** NOV 0 2 2015

995

**Deputy Clerk**_____